**Robert LAUTER, Plaintiff-Appellant,**

v.

**GLAXOSMITHKLINE, Defendant-Appellee.**

**No. 17-1304**

United States Court of Appeals, Fourth Circuit.

Submitted: June 20, 2017

Decided: June 22, 2017

Robert Lauter, Appellant Pro Se.

Richard J. Cromwell, MCGUIRE-WOODS, LLP, Norfolk, Virginia, for Appellee.

Before SHEDD, WYNN, and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Lauter appeals the district court's order dismissing his complaint for lack of subject matter jurisdiction. We have reviewed the record and find no re-

versible error. Accordingly, we affirm for the reasons stated by the district court. *Lauter v. GlaxoSmithKline*, No. 2:16-cv-00716-AWA-RJK (E.D. Va. Mar. 3, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*